■ In the Matter of the Claim of CARLINE CAMPBELL, Appellant. COMMISSIONER OF LABOR, Respondent. [995 NYS2d 532]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 24, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.